UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| |
|---|
| BASF CORPORATION |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. 24-00153

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 4601, 4103, 3901 and other various ports | Center (if known): | CEE 001 |
| Protest Number: | 4103-20-102007, and others | Date Protest Filed: | 10-5-2020 |
| Importer: | BASF Corporation | Date Protest Denied: | 2-23-24 |
| Category of Merchandise: | Retistar and Retinol Products | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 91640143045 | 9-16-19 | 8-14-20 | | | |
| 91640219803 | 10-17-19 | 9-11-20 | | | |
| 91640315494 | 9-20-19 | 8-21-20 | | | |
| 91640427471 | 11-5-19 | 10-2-20 | | | |

Frederic D. Van Arnam, Jr.
Barnes, Richardson & Colburn, LLP
100 William Street, Suite 305, New York, NY 10038
212-725-0200, rvanarnam@barnesrichardson.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Retistar and Retinol Products | Subheading 3824.99.92 or Subheading 3824.99.93 | 5% | Subheading 2936.21.0000 | Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether the imported merchandise is properly classifiable under subheading 2936.21.0000 with duty at the rate of free.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*
/s/ Frederic D. Van Arnam, Jr.  Dated : 08-09-2024
_____
*Date*

SCHEDULE OF PROTESTS

Center:  CEE 001

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 4103-20-102007 | 10/5/2020 | 2/23/2024 | 91640143045 | 9/16/2019 | 8/14/2020 | 4103 |
| | | | 91640219803 | 10/17/2019 | 9/11/2020 | |
| | | | 91640315494 | 9/20/2019 | 8/21/2020 | |
| | | | 91640427471 | 11/5/2019 | 10/2/2020 | |
| 4601-20-124423 | 12/23/2020 | 2/23/2024 | 91640416797 | 11/5/2019 | 10/2/2020 | 4601 |
| | | | 91640823984 | 12/18/2019 | 11/20/2020 | |
| | | | 91640845847 | 12/8/2019 | 11/6/2020 | |
| | | | 91640891965 | 1/29/2020 | 12/25/2020 | |
| 3901-20-122038 | 12/29/2020 | 2/23/2024 | 91640717947 | 11/19/2019 | 10/16/2020 | 3901 |
| | | | 91641123566 | 1/20/2020 | 12/18/2020 | |
| | | | 91641350425 | 2/20/2020 | 1/15/2021 | |
| 4103-22-103032 | 12/19/2022 | 2/22/2024 | 91644853060 | 8/4/2021 | 7/1/2022 | 4103 |
| 4103-23-103097 | 2/13/2023 | 2/22/2024 | 91645690057 | 12/28/2021 | 11/25/2022 | 4103 |